No. 53028.—C. F. Hathaway & Co. et al. *v.* United States, protests 850994–G, etc. (New York).

Opinion by RAO, J. By virtue of the decision in *United States* v. *American Viscose Corporation* (30 C. C. P. A. 240, C. A. D. 239), the protests were dismissed.

No. 53029.—Ernest W. Hayward et al. *v.* United States, protests 890110–G, etc. (New York).

Opinion by RAO, J. By virtue of the decision in *United States* v. *American Viscose Corporation* (30 C. C. P. A. 240, C. A. D. 239), the protests were dismissed.

No. 53030.—Central Madeira Corp. et al. *v.* United States, protests 109810–K, etc. (New York).

Opinion by RAO, J. By virtue of the decision in *United States* v. *American Viscose Corporation* (30 C. C. P. A. 240, C. A. D. 239), the protests were dismissed.

BEFORE THE THIRD DIVISION, APRIL 13, 1949

No. 53031.—Wm. Filene's Sons Co. et al. *v.* United States, protests 47085–K, etc. (Boston).

Opinion by EKWALL, J. It was stipulated that the issue herein is the same in all material respects as that presented in *Mamary Bros., Inc.* v. *United States* (21 Cust. Ct. 135, C. D. 1142). In accordance therewith it was held that the currency of the invoices should be converted at the buying rate in the New York market at noon on the day of exportation (the "free" rate of exchange for pounds sterling), as certified by the Federal Reserve bank and set forth by the collector on each of the entries involved. The protests were sustained to this extent.

No. 53032.—Glaser Bros. *v.* United States, protest 137353–K (San Francisco).

Opinion by JOHNSON, J. Since the protest herein was not filed within 60 days after liquidation, as provided for under section 514, Tariff Act of 1930, the motion to dismiss was granted.

BEFORE THE SECOND DIVISION, APRIL 19, 1949

No. 53033.—American Express Co. et al. *v.* United States, protests 988304–G, etc. (New York).

Opinion by TILSON, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.